# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:08CR265** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **VICTOR BRIONES-HERNANDEZ,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Victor Briones-Hernandez (Briones-Hernandez) (Filing No. 13). Ms. Gryva represents she has a conflict of interest in this matter as she recently determined her law partner represents another person relevant to these proceedings. Ms. Gryva's motion to withdraw (Filing No. 13) is granted. A. Michael Bianchi, 300 South 19th Street, Suite 218, Omaha, NE 68102, (402) 346-6700, is appointed to represent Briones-Hernandez for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Bianchi shall enter his appearance forthwith. Ms. Gryva shall forthwith provide Mr. Bianchi with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Gryva which are material to Briones-Hernandez's defense.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 13th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge