IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )     8:08CR265
                              )
       v.                     )
                              )
VICTOR BRIONES-HERNANDEZ,     )
                              )
            Defendant.        )
_____)
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )     8:08CR267
                              )
       v.                     )
                              )
JUAN CORREA-GUTIERREZ,        )
                              )
            Defendant.        )
_____)
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )     8:08CR268
                              )
       v.                     )
                              )
JUAN OROZCO-OSBALDO,          )     ORDER
                              )
            Defendant.        )
_____)
```

  This matter is before the Court on defendant Victor Briones-Hernandez' motion to continue trial (Filing No. 32). The Court notes plaintiff has no objection to said continuance.

  The Court further notes that these three cases have been consolidated, and if one is continued, they are all continued. Inasmuch as defendant Juan Correa-Gutierrez has no

objection to a continuance, the trial will be rescheduled. Accordingly,

IT IS ORDERED that the motion to continue is granted; trial of this matter is rescheduled for:

**Monday, April 20, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The parties will have time to prepare for trial or pursue plea negotiations, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 16, 2009, and April 20, 2009, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 4th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court